**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

L. CARROLL,

      Plaintiff,

v.                                          Case No.  8:11-cv-2585-T-30TGW

NORTH FLORIDA LUBES, INC.,

      Defendant.

_____/

**ORDER OF DISMISSAL**

Before the Court is the Joint Motion for Voluntary Dismissal With Prejudice (Dkt. #9).  Upon review and consideration, it is

      **ORDERED AND ADJUDGED** as follows:

1.     The Joint Motion for Voluntary Dismissal With Prejudice (Dkt. #9) is GRANTED.

2.     This cause is dismissed with prejudice.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on May 2, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2585.dismiss 9.wpd