UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

L. CARROLL,

    Plaintiff,

v.                                       Case No. 8:11-cv-2585-T-30TGW

NORTH FLORIDA LUBES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Voluntary Dismissal With Prejudice (Dkt. #9). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Voluntary Dismissal With Prejudice (Dkt. #9) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 2, 2012.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2585.dismiss 9.wpd